KATHERINE HILL, Individually and as Administratrix of the Estate of FREDERICK BEYER, Deceased, Respondent, *v.* JACOB GROSS et al., Respondents, and THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

(Argued March 19, 1930; decided April 8, 1930.)

*Hamilton Ward, Attorney-General (Borden H. Mills* and *William F. Huyck* of counsel), for appellant.

*Henry F. Gardner* for plaintiff-respondent.

*Vincent N. Elwood* for Jacob Gross et al., defendants-respondents.

*Eugene H. Bouton* for Edna Hendrickson, respondent.

*John D. Lyons* and *Nellie Childs Smith* for Robert Bonzer, defendant-respondent.

Judgment affirmed with costs; no opinion.

Concur: CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Dissenting: CARDOZO, Ch. J., POUND and KELLOGG, JJ.